# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **07-53884** |
| **KENNETH MICHAEL JACKSON** | ) | |
| **TAMMY LYNN JACKSON** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **Attorney James F. Ciccolini**
   **Check No. 715803**
   **Debtors' attorney fees**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$16.80** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/14/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**

*Check # 732005*
*Receipt # 81149*
*$16.80*

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent to:

**KENNETH MICHAEL
JACKSON
2215 PRESSLER ROAD
AKRON, OH 44312
(Via Regular Mail)**

**TAMMY LYNN JACKSON
2215 PRESSLER ROAD
AKRON, OH 44312
(Via Regular Mail)**

**JAMES F CICCOLINI (via ECF)**

Date of Service: **12/14/2009**     By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com